UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:031-CR-432-T-17

HECTOR U. RIVERA
_____/

**ORDER**

This cause comes before the Court on the defendant's request for disclosure of court records pursuant to FOIA (Docket No. 159) and response thereto (Docket No. 161). The Court has reviewed the motion, response, and the underlying record in this case and agrees with the opposition to the motion to reduce sentence. The Court incorporates the response by reference herein. Accordingly, it is.

**ORDERED** that request for disclosure of court records pursuant to FOIA (Docket No. 159) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 28th day of December, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record