UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                    CASE NO. 8:03-CR-432-T-17

JOSE RODRIGUEZ SOSA
_____/

### ORDER

This cause comes before the Court on the defendant's motion to correct sentence (Docket No. 163) and response thereto (Docket No. 165). The Court has reviewed the motion, response, and the underlying record in this case and agrees with the opposition to the motion to correct sentence. The Court incorporates the response by reference herein. Accordingly, it is.

**ORDERED** that defendant's motion for reduction of sentence (Docket No. 163) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 17th day of March, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record